**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2185**

CHRISTOPHER H. GORDON,

              Plaintiff – Appellant,

        and

BREWER K. THOMPSON,

              Plaintiff,

        v.

KYLE L. DONIFF; EDWARD PRIMOFF; SLOCUM & BODDIE PC; ALIAREZA
ALIASKARI; DARIA LAND GROUP LLC; ROBERT H. HILLMAN; MAGAZINE
& HILLMAN PC; SHEA HICKMAN, Tenants; SUZANNE GORDON,
Tenants; RICHARD FRANK BODDIE,

              Defendants – Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:08-
cv-02802-RWT)

Submitted:  May 20, 2010          Decided:  May 24, 2010

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher H. Gordon, Appellant Pro Se.  Richard Frank Boddie,
SLOCUM & BODDIE, PC, Springfield, Virginia; Robert H. Hillman,
MAGAZINE & HILLMAN, PC, Rockville, Maryland, for Appellees;

Suzanne Gordon, Appellee Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher H. Gordon appeals the district court's order dismissing his civil complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gordon v. Doniff, No. 8:08-cv-02802-RWT (D. Md. Sept. 10, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED